Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of metal stoves similar in all material respects to those the subject of Abstract 63217, the claim of the plaintiffs was sustained.

No. 64816.—N. J. Magnam Corporation et al. v. United States, protests 238997–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of tennis or badminton racket strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 26, 1960

No. 64817.—Schmid Bros., Inc. v. United States, protests 304682–K, etc. (Boston).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64818.—Ebeling & Reuss Company v. United States, protests 59/31639, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 64819.—J. M. Sutton Sons & Co. and H. W. Ebert Co. v. United States, protests 58/4117, etc. (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.